UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>

GERALDINE KRAWITZ,

        Plaintiff,

v.                                            Case No.  07-CV-00445

PREMIER RECOVERY, INC.,

        Defendant.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that the undersigned attorney hereby appears as attorney of record for the Defendant.  Please send any future notices, pleadings, orders or other papers relevant to this action to the undersigned as counsel for the Defendant.

Dated: March 3, 2008

        /s/: Glenn M. Fjermedal
        Glenn M. Fjermedal, Esq.
        Davidson Fink, LLP
        28 East Main Street, Suite 1700
        Rochester, New York 14614
        Telephone: (585) 546-6448